*September 10, 1940.*

Nissen, Plaintiff and Respondent, vs. Industrial Commission, Appellant: Hanson, Respondent.

For the appellant: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the plaintiff and respondent Nissen: *Sanborn, Blake & Aberg* and *Edwin Conrad,* all of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on September 10, 1940.

*October 8, 1940.*

Swendsen, Plaintiff and Respondent, vs. Larsen and another, Defendants and Respondents: Wyrwas and another, Defendants and Appellants.

For the appellants: *Classon & Ballman* of Green Bay, and *James R. Durfee* of Antigo.

For the plaintiff-respondent: *A. H. Eberlein* of Wausau, and *Lehner & Lehner* and *Adolph P. Lehner,* all of Oconto Falls.

For the defendants-respondents: *Bird, Smith, Okoneski & Puchner,* attorneys, and *Charles F. Smith* of counsel, all of Wausau.

*By the Court.*—Judgment affirmed.